THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL TAIBI, Appellant.— Judgment of the County Court of Kings county, convicting defendant of the crimes of robbery in the first degree and grand larceny in the first degree, unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL WEINER, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD SCHUSTER, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH STEIN, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM GILLETTE, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALLEN MORRIS, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL CAFFIERO, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN WILLIAMS, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN WILSON, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OLE THOMPSON, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK O'BRIEN, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. INBORAL BOKIN, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SYDNEY STONE, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERBERT SHATTUCK, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID WEINBERGER, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANKLIN WARNER, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY KATZ, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE BUTTE, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINICK DE FRANCISCO, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEON FISHER, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VICTOR RUSSO, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH COOK, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOS. CHECKER, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT OSHENS, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD BARSEMIAN, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM STEIN, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISIDORE WEINTRAUB, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED BLACKLEY, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE DENNIE, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendants of violating the provisions of chapter 17, article 2, section 7, subdivision a, Code of Ordinances of the City of New York, reversed on the law, information dismissed, and defendants discharged. The ordinance under which the defendants were convicted is invalid. Subdivision a of section 7 is indefinite; it fails to state some comprehensible guide as to what conduct is necessary to avoid a penalty. (People v. Grogan, 260 N. Y. 138.) Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.